**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
E.A.C.F.,

                          Petitioner,                    26 **CIVIL** 3047 (MMG)

                -against-                                **JUDGMENT**

PAUL ARETA, et al.,

                          Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 4, 2026, the Court GRANTS Petitioner's unopposed Motion for Leave to Proceed Under Pseudonym, Diet. No. 3, and GRANTS E.A.C.F.'s habeas petition in part; The Government is hereby ORDERED, by no later than fourteen days from the date of this order, to provide Petitioner with a bond hearing in which the Government bears the burden of justifying Petitioner's continued detention by clear and convincing evidence, as to either risk of flight or danger to the community. If the immigration judge finds that the Government has met its burden, the immigration judge must consider alternatives to detention and, if a bond is considered, Petitioner's ability to pay. The Government must release Petitioner if such a hearing is not provided by that date and Petitioner has not consented to an extension.

**DATED:** New York, New York

        May 13, 2026

                                                  **TAMMI M. HELLWIG**
                                    _____
                                                  **Clerk of Court**

                          **BY:**

                                    _____
                                                  **Deputy Clerk**